UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPIGOT, INC., POLARITY
TECHNOLOGIES LTD. and
EIGHTPOINT TECHNOLOGIES
LTD.,

      Plaintiffs,

v.

JEREMY MATTHEW HOGGATT
and MEDIAVO, INC.,

      Defendants.

Case No:   2:18-cv-764-FtM-29CM

## ORDER

This matter comes before the Court upon review of Defendants' Unopposed Motion for Admission *Pro Hac Vice* of Leeor Neta filed on November 20, 2018.   Doc. 11.   Upon review and consideration of the motion, the Court finds Leeor Neta, Esq. of the Law Offices of Leeor Neta meets the requirements of Middle District of Florida Local Rule 2.02(a) and may appear *pro hac vice* on behalf of Defendants Mediavo, Inc. and Jeremy Matthew Hoggatt.

ACCORDINGLY, it is

**ORDERED:**

1.   Defendants' Unopposed Motion for Admission *Pro Hac Vice* of Leeor Neta (Doc. 11) is **GRANTED**.

2.   Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   As such, if counsel has not

already done so, within ten (10) days of the date of this Order, counsel shall file an E-Filer Registration Form and pay the $150.00 special admission fee. Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

3. Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

4. Steven Peretz, Esq. of the firm Peretz Chesal & Herrmann, PL, located at One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3700, Miami, Florida 33131, is an active member in good standing of the Florida Bar and of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Defendants Mediavo, Inc. and Jeremy Matthew Hoggatt.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of November, 2018.

CAROL MIRANDO
United States Magistrate Judge

- 3 -

Copies:
Counsel of record

- 3 -