UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPIGOT, INC., POLARITY
TECHNOLOGIES LTD. and
EIGHTPOINT TECHNOLOGIES
LTD.,

       Plaintiffs,

v.                                    Case No:   2:18-cv-764-FtM-29CM

JEREMY MATTHEW HOGGATT
and MEDIAVO, INC.,

       Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiffs' Unopposed Motions for Admission *Pro Hac Vice* of Spencer D. Wein, Esq. and Christopher W. Healy, Esq. filed on December 21, 2018. Docs. 19, 20. Defendants do not oppose either motion. Doc. 19 at 2; Doc. 20 at 2. Upon review and consideration of the motions, the Court finds attorneys Spencer D. Wein and Christopher W. Healy meet the requirements of Middle District of Florida Local Rule 2.02(a) and may appear *pro hac vice* behalf of Plaintiffs.

ACCORDINGLY, it is

**ORDERED:**

1. Plaintiffs' Unopposed Motions for Admission *Pro Hac Vice* of Spencer D. Wein, Esq. and Christopher W. Healy, Esq. (Docs. 19, 20) are **GRANTED.**

2. Counsel are reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). As such, if counsel has not already done so, within ten (10) days of the date of this Order, counsel shall file an E-Filer Registration Form and pay the $150.00 special admission fee. Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

3. Counsel are further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

4. Attorney M. Cristina Cardenas, of the firm Reed Smith LLP, located at 1001 Brickell Bay Drive, Suite 900, Miami, Florida, is an active member in good standing of the Florida Bar and of this Court who has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiffs.

DONE and ORDERED in Fort Myers, Florida on this 21st day of December, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record