IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPIGOT, INC., POLARITY
TECHNOLGOIES LTD, AND
EIGHTPOINT TECHNOLOGIES, LTD,

    Plaintiffs,

CASE NO. 2:18-cv-00764-JES-NPM

v.

JEREMY MATTHEW HOGGARTT, AND
MEDIVO, INC.,

    Defendants.

_____/

**AMENDED UNOPPOSED MOTION FOR *PRO HAC VICE*
APPOINTMENT OF WALLACE NEEL AND ACCEPTANCE OF
DESIGNATION AND CONSENT-TO-ACT PURSUANT TO LOCAL RULE 2.02**
(Amended to add Local Rule 3.01 Certification)

    Pursuant to Rule 2.02 of this Court's Local Rules (the "Local Rules"), Wallace Neel ("Neel"), by and through its undersigned counsel, Peter B. King, who is admitted to practice before this Court, respectfully moves this Court for an order allowing Wallace Neel, of the law firm Wallace Neel, Esq., 43 West 43rd Street, Suite 65, New York, New York, 10036-7424, 646-524-6502, wallace@wallaceneel.com, to appear *pro hac vice* and to participate in this case as co-counsel of record on behalf of Plaintiffs Spigot, Inc., Polarity Technologies Ltd., and Eightpoint Technologies Ltd. ("Plaintiffs") in the above-captioned matter. In support of this motion, the undersigned states as follows:

    1.    Mr. Neel has been engaged to represent Plaintiffs as co-counsel in certain proceedings conducted in this case.

2. Mr. Neel is not a resident of Florida or admitted to practice in the Middle District of Florida. Mr. Neel does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Neel is a member in good standing and admitted to practice before the Supreme Court of the State of New York. Mr. Neel is also admitted to practice and is in good standing with the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Appellate Division of the Supreme Court of New York, First Department | 12/11/03 | N/A; New York attorneys are admitted by name |
| U.S. District Court for the District of Arizona | 1/28/02 | N/A |
| U.S. District Court for the Southern District of New York | 6/15/04 | N/A |
| United States District Court for the Eastern District of New York | 6/15/04 | N/A |
| U.S. Court of Appeals for the 9th Circuit | 9/18/02 | N/A |

4. Mr. Neel is not currently and never has been subject to any discipline or suspension by the bar of any state or court. Mr. Neel resigned from the Arizona Bar in 2013. There was a period during which my fees as an inactive member of the Bar of Arizona went unpaid due to a clerical error on my part, and during that time my inactive membership in the Arizona Bar was temporarily suspended until I paid those dues, which fees were paid and accepted in March 2013. I resigned in full from the Arizona Bar on May 28, 2013, in good standing.

5. Mr. Neel is familiar with and will be governed by the Local Rules. Mr. Neel is familiar with and will be governed by the Rules of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior or members of The Florida Bar.

6. Mr. Neel designates Peter B. King of the law firm of Wiand Guerra King P.A., 5505 West Gray Street, Tampa, FL 33609, as the lawyer upon whom all notices and papers pertaining to this case may be served and who will be responsible for the progress of this case, including the trial in default of the non-resident attorney. Mr. King is a resident in Florida and is a member of the Bar of this Court. Mr. King will serve as local counsel in this matter.

7. Through his signature below, Mr. King consents to such designation and certifies that Mr. Neel will comply with both the fee and e-mail registration requirements of Local Rule 2.01(d). The pertinent fee was mailed to the Clerk of the Court on August 15, 2019.

WHEREFORE, Peter B. King, respectfully requests that this Court enter an order admitting Wallace Neel to practice before this Court *pro hac vice* in the above-captioned matter.

### LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that the parties have conferred and Defendants do not oppose the relief requested herein.

          Respectfully submitted,

          /s Peter B. King
          Peter B. King, Esq. (FBN: 0057800)
          pking@wiandlaw.com
          WIAND GUERRA KING P.A.
          5505 West Gray Street
          Tampa, Florida 33609
          Telephone: (813) 347-5100
          Facsimile: (813) 347-5199

          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of electronic filing to all counsel of record.

          /s Peter B. King
          Peter B. King, Esq. (FBN: 0057800)