IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SPIGOT, INC., POLARITY TECHNOLOGIES LTD., and EIGHTPOINT TECHNOLOGIES LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY MATTHEW HOGGATT and MEDIAVO INC.,<br><br>Defendants. | Case No. 2:18-cv-00764-JES-CM<br><br>Removed from Circuit Court of the Twentieth Judicial District in and for Lee County, Florida, Case No. 2018-CA-4601 |

**DEFENDANTS' UNOPPOSED MOTION
FOR ADMISSION PRO HAC VICE OF JONATHAN PATCHEN**

Pursuant to Local Rule 2.02, Defendant Mediavo, Inc. and Jeremy Matthew Hoggatt ("Defendants" or "Mediavo") hereby move for admission pro hac vice of Jonathan Patchen, and in support thereof state as follows:

1. The undersigned respectfully files this Motion for Admission Pro Hac Vice and requests the admission of non-resident attorney Jonathan Patchen of Baker & Botts, L.L.P., 101 California Street, Suite 3600, San Francisco, CA 94111 for the purpose of appearing on behalf of Defendants in the above-styled proceeding.

2. Mr. Patchen is a member in good standing of and admitted to practice in all courts of the State of California and New York, as well as the United States District Courts for the Central, Eastern, Southern and Northern Districts of California and U.S. Court of Appeals for the Fifth, Ninth and Federal Circuits.

4. Mr. Patchen agrees to be familiar with and bound by the Local Rules of this Court, including Rule 2.04 thereof, as well as the Code of Professional Responsibility and other professional and ethical limitations and requirements governing the members of The Florida Bar.

5. Mr. Patchen further agrees to comply with both the fee and e-mail registration requirements of Local Rule 2.01(d).

6. Mr. Patchen designates Steven Peretz and the law firm Peretz Chesal & Herrmann, P.L., One Biscayne Tower, 2 South Biscayne Boulevard, Suite 3700, Miami, Florida 33131, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of this proceeding, including the trial in default of the nonresident attorneys. Mr. Peretz, who resides in Florida, is a member in good standing of and admitted to practice before all courts of the state of Florida, as well as this Court.

7. By his signature below, Steven Peretz of the law firm Peretz Chesal & Herrmann, P.L. hereby consents to such designation.

8. Pursuant to Local Rule 3.01(g), counsel for Defendants has conferred with counsel for Plaintiffs regarding the instant motion, and the undersigned counsel is authorized to represent that Plaintiffs do not oppose entry of an order granting this motion.

WHEREFORE, Defendants respectfully requests this Honorable Court to enter an Order granting this motion and permitting Jonathan Patchen to appear on their behalf pro hac vice in this proceeding.

Dated: June 16, 2020          Respectfully submitted,

PERETZ CHESAL & HERRMANN, P.L.


<u>s/ Steven Peretz</u>
Steven Peretz, Florida Bar No.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3700
Miami, FL 33131
Telephone:    (305) 341-3000
Facsimile:    (305) 371-6807
Email:    *speretz@pch-iplaw.com*

Counsel for Defendants
MEDIAVO, INC. and JEREMY MATTHEW HOGGATT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Admission Pro Hac Vice for Jonathan Patchen was served by First Class Mail and email, on June 16, 2020, on all counsel or parties of record on the service list.

s/ Steven I. Peretz<br>
Steven I. Peretz

## SERVICE LIST

M. Cristina Cardenas
Email: ccardenas@reedsmith.com
Reed Smith
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
T: 786-747-0200
F: 786-747-0299

Christopher W. Healy
Email: chealy@reedsmith.com
Reed Smith
599 Lexington Avenue
22nd Floor
New York, NY 10022
T: 212-521-5400
F: 212-521-5450

*Counsel for Plaintiffs*