UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPIGOT, INC., POLARITY
TECHNOLOGIES LTD. and
EIGHTPOINT TECHNOLOGIES
LTD.,

        Plaintiffs,

v.                                                                              Case No. 2:18-cv-764-FtM-29NPM

JEREMY MATTHEW HOGGATT and
MEDIAVO, INC.
        Defendants.
_____

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Seal (Doc. 124). Plaintiffs seek

to seal a supplemental response to interrogatory no. 1 to Defendants' First Set of

Interrogatories. (*Id.*, p. 1). On July 16, 2020, Plaintiffs filed a motion to compel discovery

(Doc. 122) and asserted that the supplemental response to interrogatory no. 1 will be

crucial when considering the motion. (*Id.*).

Plaintiffs' two-count complaint alleges Defendants misappropriated trade secrets

and thereby violated the Florida Uniform Trade Secrets Act, Fla. Stat. § 688.001 and the

federal Defend Trade Secrets Act, 18 U.S.C. § 1836. Both acts provide for the protection

of purported trade secrets in such cases by sealing court records to prevent public

disclosure. *See* 18 U.S.C. § 1835; Fla. Stat. § 688.006. Plaintiffs claim that the

supplemental response to interrogatory no. 1 involves trade secrets and thus request it

be filed under seal.

Accordingly, it is hereby **ORDERED**:

1)    The Unopposed Motion to Seal (Doc. 124) is **GRANTED**. An unredacted version of the supplemental response to interrogatory no. 1 shall be filed under seal.

2)    The parties shall deliver the unredacted document to the clerk's office in an envelope with the caption of the case and an indication that the document is to be filed under seal pursuant to this Order. Upon receipt, the Clerk of Court shall file the document under seal. If feasible, counsel shall provide within the envelope a flash drive containing a PDF file of the document for ease of filing by the Clerk.

3)    The unredacted version of the supplemental response to interrogatory no. 1 shall remain under seal until an order is entered unsealing it.

4)    The parties will electronically file a minimally redacted version of the supplemental response to interrogatory no. 1 on the public docket.

**DONE** and **ORDERED** in Fort Myers, Florida on July 30, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE