IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SPIGOT, INC., POLARITY TECHNOLOGIES LTD., and EIGHTPOINT TECHNOLOGIES LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JEREMY MATTHEW HOGGATT and MEDIAVO INC., <br><br> Defendants. <br><br><br> MEDIAVO INC., <br><br> Counterclaimant, <br><br> v. <br><br> SPIGOT, INC., POLARITY TECHNOLOGIES LTD., and EIGHTPOINT TECHNOLOGIES LTD., <br><br> Counter-Defendants, <br><br> and <br><br> RYAN STEPHENS <br><br> Third-Party Defendant. | Case No. 2:18-cv-00764-JES-CM <br><br> Removed from Circuit Court of the Twentieth Judicial District in and for Lee County, Florida, Case No. 2018-CA-4601 <br><br> **STIPULATION OF DISMISSAL** |

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs/Counter-Defendants and Defendants/Counterclaimant hereby jointly stipulate that all claims and counterclaims in the above-mentioned action be dismissed, with prejudice, and without an award of costs, expenses, or attorney's fees to any party. The parties further jointly

stipulate and agree that all claims and allegations raised in Plaintiffs' Complaint and Defendants' Counterclaims are hereby retracted.

Dated: September 14, 2020
Miami, Florida

*/s/*

M. Cristina Cardenas, Esq.
Sujey S. Herrera, Esq.
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel: (786) 747-0200
Fax: (786) 747-0299
ccardenas@reedsmith.com
sherrera@reedsmith.com

Christopher W. Healy, Esq. (*pro hac vice*)
Spencer D. Wein, Esq. (*pro hac vice*)
Talia N. Fiano, Esq. (*pro hac vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
chealy@reedsmith.com
swein@reedsmith.com
tfiano@reedsmith.com

*Attorneys for Plaintiffs*

Dated: September 16, 2020
Miami, Florida

*/s/*

Steven Peretz, Esq.
Joshua Saltz, Esq.
PERETZ CHESAL & HERRMANN, P.L.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3700
Miami, FL 33131
Tel: (305) 341-3000
Fax: (305) 371-6807
speretz@pch-iplaw.com
jsaltz@pch-iplaw.com

Leeor Neta, Esq. (*pro hac vice*)
The Law Offices of Leeor Neta
2261 Market Street, #2
San Francisco, CA 94114
leeor@leeorneta.com

Jonathan Patchen, Esq. (*pro hac vice*)
BAKER BOTTS L.L.P.
101 California Street Suite 3600
San Francisco, California 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
jonathan.patchen@bakerbotts.com

*Attorneys for Defendants*